## CASE ANNOUNCEMENTS
### June 30, 2014

[Cite as *06/30/2014 Case Announcements #2*, 2014-Ohio-2917.]

## MOTION AND PROCEDURAL RULINGS

2014–0853.   Broadview Hts. v. Misencik.
Cuyahoga App. No. 100196, 2014-Ohio-1518. Upon consideration of appellant's expedited motion for

stay, it is ordered by the court that the motion is denied.

Upon consideration of the jurisdictional memoranda filed in this case, the court declines to accept jurisdiction of the appeal pursuant to S.Ct.Prac.R. 7.08(B)(4).